JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IVAN L. MENDEZ, | Case No. CV 11-4934-JFW (DTB) |
| Plaintiff, | **J U D G M E N T** |
| vs. | |
| TWO CONNECTED WIRED SOLDIERS, et al., | |
| Defendants. | |

Pursuant to the Order Summarily Dismissing Action,

IT IS ADJUDGED that the action is dismissed without prejudice.

DATED: March 5, 2012

_____
JOHN F. WALTER
UNITED STATES DISTRICT JUDGE

1